

**NUMBER 13-14-00637-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARTIN RANGEL,** **Appellant,**

**V.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 117th District Court
### of Nueces County, Texas.

---

# ORDER ABATING APPEAL

**Before Justices Rodriguez, Garza, and Longoria**
**Order Per Curiam**

This cause is currently before the Court on appellant's motion to abate this appeal. According to this pleading, appellant has been released from incarceration. Appellant's counsel asserts that he has been unable to communicate with appellant since his release. According to this motion, counsel for appellant cannot proceed with the appeal without contact with him.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant can be located; (2) whether appellant has abandoned his appeal; and (3) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of July, 2015.

2